IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD DENNIS STRECK, III,<br><br>　　　　Defendant. | Case No. 1:12-CR-157-BLW<br><br>**ORDER** |

　　　　The defendant has filed a motion to suppress that will require a hearing. The motion was filed just two weeks prior to trial, which is presently set for October 29, 2012. To allow for full briefing, an evidentiary hearing, and a period of time for the Court to review all the arguments and resolve the motion, the Court will need to move the trial date. The Speedy Trial Act provides for excludable time from the filing of the motion "through the prompt resolution of the motion." *See* 18 U.S.C. § 3161(h)(1)(D); *see also United States v. Tinklenberg* 131 S.Ct. 2007 (2011).

　　　　The Court can hold the hearing on November 29, 2012. The Court will need some time after the hearing to fully consider the arguments and render a decision, and counsel will need time to review the decision and determine how they will proceed. Accordingly, given all these circumstances, the Court finds that a trial date of December 17, 2012, is reasonable. Accordingly,

**Memorandum Decision & Order - 1**

NOW THEREFORE IT IS HEREBY ORDERED, that the present trial date of October 29, 2012, be VACATED. A new trial date is hereby set for **December 17, 2012, at 1:30 p.m.** in the Federal Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED, that the pretrial conference shall be held on December 5, 2012, at 4:00 p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that all pretrial motions shall be filed on or before November 2, 2012.

IT IS FURTHER ORDERED, that the period of time between the filing date of the motion to suppress (docket no. 20) and the resolution of the motion within a prompt time is excludable time under 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED, that a hearing shall be held on the motion to suppress on November 29, 2012, at 9:00 a.m. in the Federal Courthouse in Boise Idaho.

DATED: **October 17, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision & Order - 2**